ERIN HOLBROOK, Chief Counsel
G. MICHAEL HARRINGTON, Deputy Chief Counsel
ARDINE ZAZZERON, Assistant Chief Counsel
SAMUEL C. LAW, Assistant Chief Counsel
ALEX F. PEVZNER, Deputy Attorney (SBN 221606)
STEPHEN A. SILVER, Deputy Attorney (SBN 214505)
Caltrans Legal Division – Bay Area Office
111 Grand Avenue, Suite 11-100, Oakland, CA 94612
Mail: P.O. Box 24325, Oakland, CA 94623-1325
Telephone: (510) 433-9100, Facsimile: (510) 433-9167

Attorneys for Defendants STATE OF CALIFORNIA,
acting by and through the DEPARTMENT OF TRANSPORTATION, TOKS OMISHAKIN,
and DINA EL-TAWANSY

CALIFORNIA DEPARTMENT OF TRANSPORTATION - LEGAL DIVISION
111 Grand Avenue, Suite 11-100
Oakland, California 94612
Telephone: (510) 433-9100, Facsimile: (510) 433-9167

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHERE DO WE GO BERKELEY, on behalf of itself and those it represents; RONNIE BROOKS; JASON MILLER; KINNDRA MARTIN; KEVIN CODDINGTON; JONATHAN JAMES; MARIAH JACKSON; SARAH TEAGUE; TERRY LEE WALKER; JOSE MORFIN; ALHONDRO MYERS; and SHAWNA GARCIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF TRANSPORTATION (CALTRANS), et al.,<br><br>        Defendants. | Case No.: 21-cv-04435-EMC<br><br>**DECLARATION OF DAVID DESPAIN IN SUPPORT OF STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date:       March 23, 2022<br>Time:      9:00 a.m.<br>Judge:    Hon. Edward M. Chen |

I, David Despain, declare:

1.      I am employed by the State of California, Department of Transportation ("Caltrans") as Maintenance Manager II, East Bay/Delta Region. I make this declaration based on my personal knowledge, and if called as a witness, I would testify to the facts stated herein.

2.      I have been employed by Caltrans since October 1992. I became the Maintenance Manager II in June 2018.

3.      My responsibilities include overseeing the maintenance functions, roadside and landscaping on Caltrans highways in the counties of Alameda, Contra Costa, eastern part of Solano (State Routes 12 and 84) and eastern part of Sacramento (State Routes 12, 160, and 220) which is referred to as "East Bay/Delta Region."

4.      I am responsible for working with the Deputy District Director for Maintenance in District 4 and other functional units within District 4 on the budgeting of funds related to maintenance operations in the East Bay/Delta Region.

5.      I currently supervise approximately 218 employees.

6.      I am familiar with Caltrans operations and procedures relating to roadway maintenance and landscaping, including procedures relating to removal of encampments of people experiencing homelessness on Caltrans' right of way.

7.      I have observed, and have knowledge about, the existence of encampments of people experiencing homelessness near Interstate 80/Interstate 580 (I-80) and Shellmound Street/Frontage Road in Berkeley and Emeryville. Attached as **EXHIBIT A** is an aerial overview image with an overlay depicting the approximate location of the subject encampments.

8.      I am readily familiar with Caltrans' Integrated Maintenance Management System ("IMMS"), which is used to record, report, and monitor maintenance work planned and performed, including labor and contractor costs.

9.      Since March 2020 I have visited or observed the subject encampments on numerous occasions.

10.     I am informed and believe there has been a court order in effect since September

27, 2021, that prevents Caltrans from removing the encampments at the Shellmound and Ashby locations. For this declaration, I have evaluated certain maintenance costs incurred by Caltrans since September 27, 2021, due to the presence of the encampments subject to plaintiffs' motion for preliminary injunction. Among other things, I analyzed reports I generated using the IMMS and analyzed various contractor invoices paid by Caltrans.

11.     As is typical, the subject encampments generate a significant amount of trash, debris, and hazardous materials, creating fire risks. In addition, the trash, debris, and hazardous materials often make their way onto the shoulder and traveled way.

12.     In the East Bay/Delta Region, Caltrans has, over the last five years, made various efforts to lessen the amount of trash, debris, and hazardous materials present at encampments to reduce fire risks and the amount of waste and debris flowing onto the roadway and into the Bay and other protected waterways. To that end, Caltrans has providing people experiencing homelessness trash bags to test out whether such a step would make collecting and removing trash easier. In addition, where safe to do so, Caltrans has also tested placing dumpsters or bins to allow people experiencing homelessness a place to dispose trash.

13.     These efforts have typically not been effective. In Berkeley, Oakland, and Emeryville, Caltrans landscape maintenance supervisors track the number of trash bags distributed at encampments of people experiencing homelessness. Based on the information tracked by landscape maintenance supervisors, it my understanding that trash bags provided to people experiencing homelessness by Caltrans before trash or encampment removals are often not utilized by people experiencing homelessness for the intended purpose. For example, from July 20, 2020, to April 1, 2021, on approximately twenty occasions before encampment removals in Berkeley or Oakland, Caltrans distributed some 1,000 specially marked trash bags. Not a single bag distributed was left at the encampments for Caltrans to collect.

///

///

///

**DECLARATION OF DAVID DESPAIN IN SUPPORT OF STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

14.     Indeed, on January 31, 2022, Caltrans distributed 100 red trash bags to individuals living at the subject encampments to be used for trash collection. When Caltrans performed trash, debris, and hazardous materials removal at the site on February 3 and 4, 2022, not a single trash bag was left for Caltrans or its contractor to remove. Attached as **EXHIBIT B** is a true and correct copy of a photograph taken on January 31, 2022, at the Ashby West depicting a Caltrans employee distributing trash bags.

15.     Based on my personal observations at various encampments over the last five years and discussions with Caltrans maintenance managers, supervisors, and crew members, typically dumpsters or bins placed by Caltrans have not reduced the amount of trash at the encampments; placing dumpsters or bins at encampments appears to increase the amount of trash near the dumpsters. Based on information and belief, individuals would rummage through the dumpsters and bins, scattering the trash around the dumpsters and bins. I have also observed numerous instances where people experiencing homelessness used dumpsters to store personal possessions, creating confusion when Caltrans attempted to remove the dumpsters believing they contained garbage.

16.     Based on information and belief, including personal observations, dumpsters and bins placed at encampments on Caltrans' have in the past been associated with an increased fire risk and fire intensity.

17.     As part of my job duties, I am familiar with Caltrans' s Structural Policy Directive, SP 1-8, which prohibits placement of flammable or combustible materials under or near bridges. The directive states that it was developed "[f]ollowing a bridge collapse in Atlanta, Georgia on I-85 in March 2017, caused by a fire of stored high-density polyethylene (HDPE) conduit." A true and correct copy of the Structural Policy Directive, SP 1-8 is attached as **EXHIBIT C**.

///

///

**DECLARATION OF DAVID DESPAIN IN SUPPORT OF STATE OF CALIFORNIA'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

18.     Notably, several bridges columns near the subject encampments around Frontage Road and Interstate 80 (West) show signs of burn damage, that I have personally observed, likely caused by fires at the encampments. These fires may have damaged Caltrans highway structures and pose a lethal threat to the encamped individuals. True and correct copies of annotated photographs depicting apparent fire damage to the columns are attached as **EXHIBIT D.**

19.     Given the proximity of the encampments at issue to bridges, Interstate 80 (West) and or adjacent ramps, and based on Caltrans' prior experience in situations where Caltrans placed dumpsters at encampments, I do  not believe it would prudent or safe to place dumpsters or other trash receptacles at the subject encampments.

20.     Between December 2020 and May 2021, in an effort to reduce the amount of trash at the encampment, Caltrans coordinated trash removal at these encampments. The average cost for trash removal to Caltrans was $16,646.70 monthly, or approximately $100,000 for the six months.

21.     Since September 27, 2021, Caltrans has increased its litter abatement efforts on I-80 and the adjacent ramps in an effort to reduce the amount of litter flowing from the subject encampments onto the highway.

22.     Between September 27, 2021 and the present, Caltrans deployed contractors to conduct on foot litter pickup within a mile in each direction of the subject encampments approximately 50 times. Caltrans has also deployed sweepers.

23.     Based on the cost records I have reviewed, within a mile of each direction of the subject encampments, from September 27, 2021, to March 11, 2022, Caltrans and its contractors have removed 123.49 cubic yards (approximately 207,315 pounds) of trash and debris. For this, Caltrans has incurred $90,581.22 in costs, which includes 908 labor hours for Caltrans crews.

24.     By comparison, based on the cost records I have reviewed, on a two mile stretch of Interstate 80 in Vallejo, California, which is similar to Interstate 80 near the subject encampments in terms of population and vehicles traveled, from September 27, 2021, to March

5

11, 2022, Caltrans removed 62.95 (approximately, 106,101) cubic yards of trash on eight occasions at a total cost to Caltrans of $16,416.52.

25.     That is, Caltrans' costs for litter abatement in the area within a mile in each direction of the subject encampments were more than five-and-a-half times higher than in Vallejo, California.

26.     In a further effort to reduce the amount of litter and debris flowing from the encampments to the roadway, on February 3 and 4, 2022, Caltrans conducted a cleanup of the encampments, removing trash, debris, and hazardous materials designed by people experiencing homelessness at those subject encampments.

27.     Caltrans incurred costs for the cleanup efforts on February 3 and 4, 2022, at the subject encampments of $150,968.28 ($141,722.47 for Hazardous Waste Materials Contractor, $7,028.73 for Caltrans crews, $2,217.08 for equipment costs). The Hazardous Materials Contractor collected 397 tons of trash, debris, and hazardous materials on February 3 and 4, 2022.

28.     In an effort to conduct litter and debris abatement generated by these subject encampments, Caltrans crews and contractors are sometimes diverted from other maintenance tasks, including inspecting barriers and attenuators and drainage systems, conducting landscaping and fire fuels reduction, repairing potholes and performing other roadbed and roadside maintenance.

29.     Additionally, Caltrans from September 27, 2021, to September 13, 2022, Caltrans incurred $2,628 in labor and equipment costs associated with repairing electrical cabinet (signal ID 04ALA080 -CM070) which supports the Changeable Message Sign on I-80. The cabinet is located within feet of the subject encampments. Attached as **EXHIBIT E** is a true and correct copy of the IMMS report for showing the costs incurred for inspecting and repairing the cabinet from September 27, 2021, to September 13, 2022.

///

///

1    30.    Because Caltrans crews have not been able to fully inspect the facilities until the

2    encampments are removed, Caltrans may incur additional costs to repair damage caused by the

3    encampments, such as restoring slopes and cleaning drainage facilities, re-landscaping, and

4    inspection and repair of overpass supports damaged by fire from the encampments.

5    31.    I declare under penalty of perjury under the laws of the United States of America

6    that the foregoing is true and correct. This declaration was executed on March *15* 2022, at

7    Oakland, California.

8

9                                    DAVID DESPAIN, Declarant

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        7

EXHIBIT A



# I-80/580 Offramps to Ashby Ave./Shellmound Ave. Encampment Areas

Date: 3/15/2021

Caltrans D4
R/W Office of Data Management



EXHIBIT B



© 2022 California Department of Transportation



EXHIBIT C

State of California
**DEPARTMENT OF TRANSPORTATION**

California State Transportation Agency

*Making Conservation
a California Way of Life*

# Structure Policy Directive

| | |
|---|---|
| *Number:* | SPD 1-8 |
| *Effective Date:* | January 19, 2018 |
| *Supersedes:* | N/A |

**TITLE**          Material Storage Under Bridges

**DIRECTIVE**

The storage of materials is not allowed under bridges on State right of way unless authorized. Authorization for material storage, temporary or permanent, is dependent upon adhering to setback limits and the fire hazard created by the material and the associated risk to the integrity of the bridge.

The following materials shall not be stored beneath bridges on State right of way without prior approval from the State Bridge Maintenance Engineer:
- Explosives or explosive materials
- Flammable and combustible materials together
- Incompatible materials, such as chlorine and ammonia, or batteries and fuels, in the same secondary containment facility

When authorized, materials stored under bridges must adhere to the following requirements:
- Comply with all current applicable policies, laws, and regulations for the material being stored, including but not limited to:
  - 23 Code of Federal Regulations (CFR) 710.405
  - Right of Way Manual Chapter 15 Exhibit 15-EX-12
  - Caltrans Safety and Health Manual
  - Caltrans Maintenance Manual
  - Title 8 Regulations
  - Stormwater permits
  - Construction Contract Specifications
- Appropriate measures must be taken to prevent unauthorized access to storage areas.
- Maintain a minimum setback of 10 feet from the perimeter of any above ground column footing or pile cap.
- Maintain a minimum setback of 20 feet from the face of any bridge column.

Structure Policy Directive
Number SPD 1-8
Page 2

- Maintain space to maneuver manlift vehicles under all bridge spans, hinges, and bent caps.  Generally, access must be 12 feet wide and extend from a public street to the bridge member.
- Maintain vertical clearance of at least 6 feet, measured from the lowest bridge member across the width of the bridge and the top of any storage material.
- Drainage systems must not be obstructed.  Maintain a minimum clearance of 3 feet from all drain outlets near the base of columns.

*BACKGROUND*

Following a bridge collapse in Atlanta, Georgia on I-85 in March 2017, caused by a fire of stored high-density polyethylene (HDPE) conduit, the California Department of Transportation (Caltrans) recognized that although a low probability, an event similar to the Georgia I-85 failure could occur in California and took the opportunity to review its under bridge material storage policies.

Many entities within Caltrans manage the use of leased airspace beneath bridges including but not limited to:  Maintenance, Construction and Right of Way.  The intent of this policy is to formalize and establish the best practices for managing the risk of material stored under bridges so that each of these entities can develop or modify guidance for their use of leased airspace that is consistent and minimizes the risk of or exposure to a material fire that may adversely affect the structural integrity of a bridge.

*RESPONSIBILITIES*

Structure Policy Board (SPB):
Establish the storage of materials under bridges policy.

State Bridge Maintenance Engineer:
Develop and maintain an exception process and acceptance criteria for requests to store the following materials under bridges:

- Explosives or explosive materials
- Flammable and combustible materials together
- Incompatible materials, such as chlorine and ammonia, or batteries and fuels, in the same secondary containment facility

Approves/denies exception requests for material storage under bridges that do not meet the above requirements.

Ensures that any under bridge material storage which appears to violate this policy observed during routine bridge safety inspections is documented and the responsible entity is contacted to immediately resolve the violation by

Structure Policy Directive
Number SPD 1-8
Page 3

submitting an exception request and/or removal or other acceptable placement of the material.

Right of Way and Land Surveys Chief:
Develops leased airspace agreements which include provisions for use of State right of way that are in accordance with the above requirements. Monitor and inspect leased airspace parcels and maintain airspace material inventories for all leased parcels.

Division of Construction Chief:
Provides that the California Standard Specifications include provisions for use of State right of way that are in accordance with the above requirements.

Division of Maintenance Chief:
Provides that the Caltrans Maintenance Manual includes provisions for use of State right of way that are in accordance with the above requirements.

Division of Local Assistance Chief:
Shares this Directive with local agencies to reduce risk of fires under locally owned bridges.

*APPLICABILITY*

All entities involved in the design, construction, and maintenance of bridges and transportation structures located on:

- The State Highway System, in accordance with Streets & Highways Code 137 and the Caltrans Highway Design Manual.

- Public roads in California, in accordance with the Federal Code of Regulations 23 CFR 625.3 and Caltrans Local Assistance Procedures.

This Directive does not apply to the parking of vehicles or tire mounted equipment under bridges.

*APPROVAL*

The members of the Structure Policy Board hereby approve this Directive.

APPROVED BY:

THOMAS A. OSTROM                    Date 1/18/18
State Bridge Engineer
Deputy Division Chief
Structure Policy & Innovation
Division of Engineering Services

*"Provide a safe, sustainable, integrated and efficient transportation system to enhance California's economy and livability."*

EXHIBIT D



FIRE DAMAGE

© 2022 California Department of Transportation



FIRE DAMAGE

© 2022 California Department of Transportation



FIRE DAMAGE

© 2022 California Department of Transportation



FIRE DAMAGE

© 2022 California Department of Transportation

EXHIBIT E

**Signals, Beacons, Meters, TOS, Counters LEMO by Unit ID - District HR-PU-LEMO**
Time run: 3/14/2022 6:14:16 AM

| | | |
|---|---|---|
| | Signal ID is equal to **04ALA080 -CM070** | |
| **and** | Work Order Date is between **09/27/2021** and **03/13/2022** | |
| **and** | Family is equal to / is in **K** | |
| **and** | Signal ID is not null | |

| District | Region | Area | Resp. | Work Order Number | Activity | Signal ID | Signal Description | County | Route | Production Quantity | UOM | Labor Hours | Labor Cost | Vehicle Cost | Material Cost | Other Cost | Total Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04 | 041110 | 044196 | 044191 | 5993668 | K70010 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 4.50 | $297 | $209 | $0 | $0 | $506 |
| 04 | 041110 | 044196 | 044191 | 6152108 | K70010 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 5.00 | $308 | $116 | $0 | $0 | $424 |
| 04 | 041110 | 044196 | 044191 | 6030200 | K70011 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 3.00 | $223 | $139 | $0 | $0 | $362 |
| 04 | 041110 | 044196 | 044191 | 6051067 | K70011 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 1.00 | $72 | $46 | $0 | $0 | $119 |
| 04 | 041110 | 044196 | 044191 | 6101769 | K70011 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 2.00 | $132 | $93 | $0 | $0 | $225 |
| 04 | 041110 | 044196 | 044191 | 6171857 | K70011 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 5.00 | $312 | $116 | $0 | $0 | $428 |
| 04 | 041110 | 044196 | 044191 | 5972309 | K70025 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 2.00 | $132 | $93 | $0 | $0 | $225 |
| 04 | 041110 | 044196 | 044191 | 6075884 | K70025 | 04ALA080 -CM070 | CM070 WB080 N OF ASHBY AVE (RTE 013) | ALA | 080 | 1.00 | EA | 4.00 | $246 | $93 | $0 | $0 | $339 |