DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com

ANDREA M. HENSON, SBN 331898
BRIGITTE NICOLETTI, SBN 336719
EAST BAY COMMUNITY LAW CENTER
1950 University Avenue Suite 200
Berkeley, CA 94704
Telephone: (510) 977-2511
Email: ahenson@ebclc.org; bnicoletti@ebclc.org

OSHA NEUMANN SBN 127215
LAW OFFICES OF OSHA NEUMANN
1840 Woolsey St.
Berkeley, CA 94703
Telephone: (510) 717-8604
Email: oshaneumann@gmail.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHERE DO WE GO BERKELEY, on behalf of itself and those it represents; RONNIE BROOKS; JASON MILLER; KINNDRA MARTIN; KEVIN CODDINGTON; JONATHAN JAMES; MARIAH JACKSON; SARAH TEAGUE; TERRY LEE WALKER; JOSE MORFIN; ALHONDRO MYERS; and SHAWNA GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CALIFORNIA DEPARMENT OF TRANSPORATION (Caltrans), et al.<br><br>　　　　　Defendants. | Case No.: 21-CV-04435-EMC<br><br>**DECLARATION OF ANDREA M. HENSON IN SUPPORT OF PLAINTIFFS' REPLY**<br><br>Date:　March 23, 2022<br>Time:　9 a.m.<br>Ctrm:　5 – 17th Floor<br>　　　　450 Golden Gate Avenue,<br>　　　　San Francisco, CA 94102 |

I, Andrea M. Henson, declare:

1. I am a staff attorney in the Homeless Practice at the East Bay Community Law Center in Berkeley, California, and I am counsel for plaintiffs.

2. I have personal firsthand knowledge of the facts set forth herein and if called as a witness I could and would testify competently to the truth of the facts set forth in this declaration.

3. Since the beginning of this litigation, I have visited Ashby Shellmound and Ashby West at approximately every two weeks, sometimes more.

4. I have visited and met with of plaintiffs Kinndra Martin, Jonathan James, Sarah Teague, Kevin Coddington, Alhondro Myers, and Shawna Garcia, at their campsites at Ashby Shellmound and Ashby West. I also visited with Mariah Jackson, Jose Morfin, Terry Lee Walker, Jr. and Ronnie Brooks prior to their moving from Ashby Shellmound and Ashby West.

5. I have visited and met with Leah Borowitz and Joshua LaForge at their campsites at Ashby West.

6. I have visited and met with Aaron Spencer and Ray Terlich at their campsites at Ashby Shellmound.

7. I have met with plaintiffs Ms. Martin, Mr. Walker and Ms. Garcia at their previous campsites at the Seabreeze. I have also visited Ms. Teague, Mr. Coddington, and Mr. Myers at their previous campsites "downstairs" under the I-80 University overpass.

8. I have visited and met with Mr. Spencer at his previous campsite at the Seabreeze encampment. Mr. Terlich has always lived at the Ashby Shellmound encampment where I have met and visited with him

9. In the past, I worked directly with Cheryl Chambers at Caltrans to collaborate and partner in cleanups of the Gilman, Seabreeze, I80 University underpass, and Ashby Shellmound encampments. I have worked with contractors hired by WDWGB and residents at each encampment to make sure that trash was placed in staging areas for Caltrans pick up.

10. As I supervised these clean ups, I made sure to talk to each resident at the encampments which required that I visit each of the individual homeless resident campsites.

11. At Ashby Shellmound and Ashby West, I witnessed illegal dumping that contributed to trash that built up in the area. Some of the trash that accumulated came from residents who abandoned their property and who are not a part of this litigation.

12. Prior to the February 3 and 4, 2022 cleanup by Caltrans, I conducted a walk through of Ashby West with Caltrans counsel and Maintenance staff to determine what items would be picked up.

13. I was present when Caltrans maintenance staff handed out a box of red ULINE trash liners so that residents could have trash bags to place in the staging areas.

14. On February 3 and 4, 2022, I attended the clean up and took pictures. I took pictures of trash piled up under the overpass at Ashby West.

15. I took a picture of the red trash bags that were used by the residents to collect trash and placed in the pile.

16. I have attended many Caltrans trash cleanups. I have personally observed residents request and use the trash bags given to them by Caltrans. I have also handed out trash bags at numerous cleanups as well.

17. Since the Caltrans clean up, I have observed that the encampment at Ashby West is cleaner than Ashby Shellmound because it has fewer residents and receives more donations. The Ashby Shellmound encampment has more trash because it is easier to visit since there is parking across the street. I have observed that many people, who appear housed and do not live at the encampment, dump mattresses, furniture, rotten food, old clothes and other items at the camp. I have also observed much needed donations being dropped off such as fresh food, warm clothes and blankets.

18. Aaron Spencer lives near the place where people drop off donations at Ashby Shellmound. His tent is constructed from a large tarp that was abandoned by former plaintiff Elizabeth Wilson. I visited her many times in her tent that was on the opposite corner just across the street. She lived there from approximately September 2019 until she received a room at the Rodeway Inn. She left her tarp at Ashby Shellmound.

19. I observed homeless residents take down her tent after the preliminary injunction was issued by Judge Chen because all tents by the construction area had to be removed.

20. I watched Aaron Spencer move when he was evicted by Caltrans from the Seabreeze encampment. Prior to the eviction, I visited Mr. Spencer many times at the Seabreeze encampment where he lived with another resident. Mr. Spencer did not own that tent so when he was evicted from the Seabreeze encampment he had no shelter whatsoever.

21. Mr. Spencer found the tarp, left by Elizabeth Wilson, and built a large shelter at Ashby Shellmound. He is not a new resident.

22. Kinndra Martin has one of the largest tents at Ashby West. She told me that a man who had planned a trip to Alaska but never went gave her the tent. She said the man pulled over onto the side of the road and gave it to her. I have observed that her tent is well made and sturdy unlike typical camping tents used by the homeless. Ms. Martin took her tent with her when she moved to Wood street in Oakland.

23. Ms. Martin told me that she moved to Wood Street to live with a friend in an RV.

24. When I saw Ms. Martin's tent back at Ashby West, I knew she had moved back because her tent is unique and easy to identify. I visited the tent and spoke to Ms. Martin. I asked her why she returned from Wood Street. She said that she felt unsafe for a host of reasons including that she would hear gunshots every day.

25. That same day I noticed that Ms. Martin had constructed a makeshift fence out of plastic caution tape. Like her emotional support dogs, she told me the fence and the dogs act as a deterrent to strangers who may want to enter her home. She has spoken to me on many occasions about the safety precautions she must take as a single homeless woman.

26. Prior to the February 3 and 4, 2022 cleanup, Ms. Martin moved to a new area when she returned to Ashby West. She moved into plaintiff Ronnie Brooks abandoned campsite.

27. Ms. Martin cleaned out all of the abandoned property and garbage. She placed everything in a pile next to her tent. After the Caltrans cleanup ended, I took a picture of her tent and fence.

28. Mr. Ronnie Brooks was offered an RV on Second and Page Street in Berkeley, CA. Mr. Brooks took the opportunity to have a sturdier structure rather than live in a tent. He moved from Ashby West to Second and Page even though the RV is inoperable.

29. Recently, I have tried to locate Mr. Morfin. I have not been able to locate him.

30. Jonathan James moved from Ashby West when he was offered a space with some formerly homeless individuals that he knew very well. I observed that he had a close friendship with one of the individuals that he moved in with.

31. I spoke to Mr. James when he returned to Ashby West. He told me that his disability would not allow him to stay with others because he needed to go in and out at night to

calm his anxiety and PTSD. His roommates were unable to sleep. He returned to Ashby West because he had no where else to go.

32. After having discussions with the other plaintiffs, Alhondro Myers, Shawna Garcia, Sarah Teague, Kevin Coddington have not left Ashby West because they have no where else to go and no other opportunities to find housing outside of working with social service providers.

33. Currently, I visit Ashby West and Ashby Shellmound weekly to speak to the plaintiffs about their appointments and opportunities with service providers. I visit each plaintiff and/or current resident at their campsite. I park my car and walk to each tent, calling out their name, until they come out to meet me or we talk inside their tents.

34. I have been present number of occasions where I and other plaintiffs' lawyers have requested Caltrans to provide a dumpster at the Ashby West location so that people living there would have a place to throw their garbage. Our request has been repeatedly refused.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 18, 2022 in Berkeley, California.

                                           _/s/ Andrea M.Henson_
                                           Andrea M. Henson