DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com

BRIGITTE NICOLETTI, SBN 336719
EAST BAY COMMUNITY LAW CENTER
1950 University Avenue, Suite 200
Berkeley, CA 94704
Telephone: (510) 977-2511
Email: bnicoletti@ebclc.org

ANDREA M. HENSON, SBN 331898
MOUZIS CRIMINAL DEFENSE
1819 K Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712
Email: hensona@jennifermouzislaw.com

OSHA NEUMANN SBN 127215
LAW OFFICES OF OSHA NEUMANN
1840 Woolsey St.
Berkeley, CA 94703
Telephone: (510) 717-8604
Email: oshaneumann@gmail.com

*Attorneys for Plaintiffs*

ERIN HOLBROOK
Chief Counsel
G. MICHAEL HARRINGTON
Deputy Chief Counsel
ARDINE ZAZZERON
Assistant Chief Counsel
SAMUEL C. LAW
Assistant Chief Counsel
ALEX F. PEVZNER (SBN 221606)
Deputy Attorney
DEBORAH L. GOODMAN (SBN 276259)
Deputy Attorney
Caltrans Legal Division – Bay Area Office
111 Grand Avenue, Suite 11-100,
Oakland, CA 94612
Mail: P.O. Box 24325,
Oakland, CA 94623-1325
Telephone: (510) 433-9100,
Facsimile: (510) 433-9167

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHERE DO WE GO BERKELEY; et al, <br><br>　　　　Plaintiffs, <br><br>　　vs. <br><br>CALIFORNIA DEPARMENT OF TRANSPORTATION (Caltrans), et. al <br><br>　　　　Defendants | Case No.: 21-CV-04435-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE BRIEFING AND HEARING SCHEDULE** <br><br> Hon. Edward M. Chen |

*Where Do We Go Berkeley v. Caltrans*, No. 21-CV-04435-EMC
Stipulation and [Proposed] Order re Briefing and Hearing Schedule - 1

1  Plaintiff and defendants, through their respective counsel of record stipulate and
2  respectfully request as follows:
3  On September 16, 2022, the parties requested an initial case management conference in
4  this case. When preparing the case management statement, plaintiffs learned that the
5  California Department of Transportation has withdrawn the Interim Guidance on
6  Encampments at issue in this case and replaced with a new policy effective October 10, 2022.
7  As indicated in their filing on January 17, 2023, (ECF No. 166), plaintiffs believe that
8  following the implementation of the new policy, the remaining issue in this matter is attorneys'
9  fees and costs. As such, the parties agree that an initial case management conference is no
10 longer necessary. Defendants disagree that plaintiffs are entitled to attorneys' fees and costs.
11 The parties have met and conferred and propose the following briefing and hearing
12 schedule on plaintiffs' motion seeking an award of attorneys' fees and costs and propose the
13 following briefing schedule:
14 Plaintiffs shall file the moving papers for their motion for an award attorneys' fees and
15 costs by March 20, 2023
16 Defendants shall file their opposition to plaintiffs' motion for attorneys' fees and costs by
17 April 19, 2023.
18 Plaintiffs shall file a reply in opposition to Defendants' opposition to plaintiffs' motion
19 for award of attorneys' fees and costs by May 10, 2023.
20 The hearing on plaintiffs' motion for award of attorneys' fees and costs shall be on or
21 after May 25, 2023, as the court's calendar reasonably permits.
22 The parties also stipulate that the court may enter an order substantially in the form of
23 the proposed order below, the terms of which are herein incorporated by reference.

Dated: February 14, 2023            SIEGEL, YEE, BRUNNER & MEHTA

                                    By    /s/ EmilyRose Johns
                                        EMILYROSE JOHNS

                                    *Attorneys for Plaintiffs*

|   |   |
|---|---|
| Dated:  February 14, 2023 | ERIN HOLBROOK<br>G. MICHAEL HARRINGTON<br>ARDINE ZAZZERON<br>ALEX F. PEVZNER<br>DEBORAH L. GOODMAN |
|   | By ___/s/ *Alex F. Pevzner*___<br>   ALEX F. PEVZNER |
|   | *Attorneys for Defendants* |

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document, and I have on file confirmation of this concurrence for production for the Court if so ordered.

Dated: February 14, 2023

SIEGEL, YEE, BRUNNER & MEHTA

By___/s/EmilyRose Johns_____
   EmilyRose Johns

**[PROPOSED] ORDER**

Good cause appearing therefore, and pursuant to the stipulation of the parties, the Court hereby orders as follows:

1. Plaintiffs shall file their motion for attorneys' fees and costs on or before March 20, 2023;
2. Defendants shall file their opposition on or before April 19, 2023;
3. Plaintiffs' reply must be filed and served on or before May 10, 2023;
4. Plaintiffs' motion for attorneys' fees and costs will be heard on May 25, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: February 15, 2023

_____
Hon. Edward M. Chen
United States District Court Judge