DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com

BRIGITTE NICOLETTI, SBN 336719
EAST BAY COMMUNITY LAW CENTER
1950 University Avenue, Suite 200
Berkeley, CA 94704
Telephone: (510) 977-2511
Email: bnicoletti@ebclc.org

ANDREA M. HENSON, SBN 331898
MOUZIS CRIMINAL DEFENSE
1819 K Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712
Email: hensona@jennifermouzislaw.com

OSHA NEUMANN SBN 127215
LAW OFFICES OF OSHA NEUMANN
1840 Woolsey St.
Berkeley, CA 94703
Telephone: (510) 717-8604
Email: oshaneumann@gmail.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHERE DO WE GO BERKELEY, on behalf of itself and those it represents; RONNIE BROOKS; JASON MILLER; KINNDRA MARTIN; KEVIN CODDINGTON; JONATHAN JAMES; MARIAH JACKSON; SARAH TEAGUE; TERRY LEE WALKER; JOSE MORFIN; ALEJANDRO MEYERS; and SHAWNA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARMENT OF TRANSPORATION (Caltrans), et. al<br><br>Defendants. | Case No.: 21-CV-04435-EMC<br><br>**DECLARATION OF OSHA NEUMANN IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:  May 25, 2023<br>Time: 1:30 p.m.<br>Ctrm: 5 – 17th Floor<br>       450 Golden Gate Avenue,<br>       San Francisco, CA 94102 |

I, Osha Neumann, declare as follows:

1. I am an attorney licensed to practice in the State of California. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.

**Summary of Experience**

2. I graduated from New College of Law in 1986. I was admitted to the California bar in 1987.

3. Since receiving my law degree and passing the bar, I have devoted my legal career to the defense of the human and civil rights of people experiencing homelessness, as well as the rights of those protesting injustice and committing civil disobedience. I have endeavored to find ways to make legal representation available to communities that often do not have access lawyers.

4. Upon graduating from law school, I co-founded Fleagel Aid, a legal collective that for two years provided free and low cost on site legal advice at the Ashby BART Berkeley Flea Market.

5. From 1988 to 1992, I provided legal advice to and represented people experiencing homelessness through the Ecumenical Chaplaincy for the Homeless.

6. In 1984, I founded Community Defense Inc. ("CD Inc.") a non-profit corporation formed to provide legal defense for demonstrators in civil-disobedience protests and education on legal issues. For the remainder of its existence, I served as its chairperson. Between 1988 and its dissolution in 2017, CD Inc. emphasized the defense of the rights of the homeless. It distributed a "Rights of the Homeless" pocket card, which I drafted, started a "Briefcase Clinic" giving free legal advice to homeless people at drop-in centers in coordination with medical services; and held trainings and civil rights workshops for people experiencing homelessness in parks, shelters, and drop-in centers.

7. The same year that I founded CD Inc., I was appointed to serve on the Berkeley Police Review Commission. I served on the Commission until 1992. The Commission hears complaints of police misconduct and advises the City on police policies and practices. While on the commission, I introduced a resolution that led to the Berkeley City Counsel to ban the use of the choke hold in Berkeley; organized public hearings, which resulted in the Berkeley Police Department. adopting a written policy on the rights of the homeless; and organized other hearings

that led to the City of Berkeley rescinding a police order directing police to prevent sleeping in public.

8. From 2001 to January 2022, I was a supervising attorney and adjunct clinical professor at the East Bay Community Law Center ("EBCLC"), a clinical program of Berkeley Law, which provides training and experience to law students in serving populations that have been disadvantaged. I founded and headed EBCLC's Homelessness Practice, which provides direct individual representation to people experiencing homelessness. The Homelessness Practice represents individual clients who have received infraction and misdemeanor citations for "quality-of-life" offenses; litigates in state and federal court to defend the Fourth, Eighth and Fourteenth Amendment rights of people experiencing homelessness; and advocates for policies that recognize their constitutional and human rights.

9. Throughout my law career, I have represented hundreds of homeless people in criminal court for "crimes" such as lying and sitting on sidewalk, sleeping on church steps or in parks after curfew, panhandling, and other such "offenses."

10. I have also litigated in state and federal court to defend the constitutional rights of people experiencing homelessness.

11. In 1987, my first year out of law school, I was counsel for plaintiffs in *People's Park Council v. Regents of the University of California,* which overturned a University ban on the use of amplified sound in People's Park. The ban had prevented the use of the park by homeless people and others, for rallies, community gatherings, and demonstrations.

12. I was counsel in *Catano, et. al. v. Regents of the University of California* (1990 – 1995). I won an award of damages after a bench trial for a group of homeless people who had been living in and around People's Park in Berkeley and whose belongings had been summarily seized and destroyed on multiple occasions by employees of the University of California.

13. I was co-counsel with Alameda County Legal Aid in *Lee et. al. v. California Department of Transportation et. al* (1992-1993), a federal civil rights suit brought by homeless people who had been arrested and had your property confiscated by Caltrans, during sweeps of

their encampments. The suit resulted in a consent decree providing substantial protections for their property.

14. I was co-counsel in *Berkeley Community Health Project v. City of Berkeley*, 119 F.3d 794 (1997), challenging City of Berkeley ordinances restricting panhandling and sitting on the sidewalk. The trial court issued a preliminary injunction against enforcement of major portions of the ordinances. Subsequently the City Council repealed the laws while an appeal was pending.

15. I was counsel in *Gregsby v. City Of Berkeley* 4:96-CV-01118 (1996), USC 19 a suit for violation of constitutional rights and rights under the Americans with Disabilities Act ("ADA") brought by partially paralyzed African American man with a seizure disorder who suffered a seizure while being subjected to excessive force in the course of an arrest following a traffic stop. The settlement resulted in a damages award to plaintiff, the promulgation of new regulations requiring police to restrain individuals being taken into custody in a manner that accommodates their disabilities, and the issuing of a training bulletin on seizure disorders to all police personnel.

16. I was co-counsel in *Katherine Cody v. City of Albany* 3:13-CV-06270-CRB (2013), a suit brought by members of homeless community to prevent eviction from long-standing encampment on an undeveloped landfill. Albany had no homeless shelters. Plaintiffs alleged violation of the Eighth Amendment prohibition on cruel and unusual punishment. Settlement resulted in monetary award to plaintiffs.

17. I was co-counsel on *Sanchez v. California Dept. of Transportation,* 2017 WL 11613146 (Cal.Super), a class-action lawsuit brought on behalf of people experiencing homelessness who have had their property unreasonably seized and destroyed by Caltrans between December 13, 2014 and October 31, 2019. The Court approved a $5,500,000 settlement, which included a fund to pay class members, and attorney's fees. In addition, Caltrans agreed to policy changes negotiated in settlement discussions.

18. I was co-counsel on *Reed v. City of Emeryville* 568 F.Supp.3d 1029 (2021), a suit challenging the City's eviction of severely disabled people experiencing homelessness from an encampment where they had been living, without providing them a viable accessible alternative. The suit was settled for a monetary award to plaintiffs.

19. I have received a number of awards in recognition of my advocacy for social justice and specifically for the rights of people experiencing homelessness. These include the East Bay Community Law Center Lifetime of Service Award (2018); National Lawyers Guild Unsung Hero Award (2019); and the City of Berkeley Proclamation of Osha Neumann Day (2019).

**Work on *Where Do We Go Berkeley v. Caltrans***

20. I entered my appearance in this case on June 10, 2021. Prior to entering my appearance, I assisted pro per plaintiffs in drafting their complaint, a Motion for a Temporary Restraining Order, and their individual declarations. My work on this case has been on full contingency.

21. I participated in all aspects of the litigation. I drafted pleadings, argued motions, took and defended depositions.

22. Litigation involving people experiencing homelessness involves difficulties that are generally not encountered when representing clients who are housed. People who are housed tend to lead lives with some level of stability; they generally can be reached by phone or email, and it is generally possible to set up appointments with them to meet in lawyers' offices. In contrast, people experiencing homelessness have no fixed address. Very often they do not have phones that function or access to the Internet. They have no place to keep files of important papers. They often cannot leave their tent or hovel to meet in lawyers' offices, because they do not have the means of transportation or anyway to protect their possessions should they leave them unattended. Their lives tend to be in a constant state of emergency.

23. Because of my decades-long experience representing people experiencing homelessness, I am familiar with these difficulties and ways to overcome them. I used this expertise in establishing trust with the clients in this case, maintaining contact with them, and obtaining honest, truthful, and compelling testimony from them, which were incorporated in declarations, and in the records of their depositions. Nevertheless, overcoming the obstacles to representing people experience homelessness did, in this case, as it does in all others in my experience, take a considerable amount of time and patience.

**Reasonable Fees and Costs**

24. Attached hereto as Exhibit A is a true and accurate record of my hours devoted to this litigation. I compiled Exhibit A by (1) reviewing my daily time records and taking from those records the time devoted to this litigation; and (2) entering my time directly on Exhibit A. I personally checked to ensure that Exhibit A is accurate.

25. I have expended 485.9 six hours on this case. My billing rate is $825 an hour. My lodestar therefore is $400,868.00.

26. In an exercise of billing discretion, I elected to reduce my sought hours by 10 percent. I therefore seek an award of $360,779.85, which is my lodestar discounted by 10 percent.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed on the 20th day of March, 2023, at Oakland, California.

/s/ Osha Neumann
Osha Neumann

# Exhibit A

EXHIBIT A

Hours of Osha Neumann

| Date | Activity | Hours | |
|---|---|---|---|
| 6/10/2021 | Draft/file notice of appearance for WDWGB | 0.3 | |
| 6/10/2021 | Prep for hearing TRO | 0.4 | |
| 6/10/2021 | Hearing on TRO | 0.1 | |
| 6/28/2021 | Draft email to Pevzner re extension of time | 0.4 | |
| 6/29/2021 | Phone call with Pevzner re extension | 0.4 | |
| 6/29/2021 | Draft email to counsel re Pevzner conversation | 0.3 | |
| 6/30/2021 | Phone call with Pevzner re extension | 0.2 | |
| 6/30/2021 | Review stip for extension | 0.1 | |
| 6/30/2021 | Phone call with Pevzner re extension | 0.2 | |
| 6/30/2021 | Phone call with Kerry Abbott timeline for moving | 0.2 | |
| 6/30/2021 | Draft email to counsel re Pevzner conversation | 0.2 | |
| 6/30/2021 | Revise, sign stip | 0.2 | |
| 6/30/2021 | Phone call with Pevzner re extension | 0.2 | |
| 6/30/2021 | Phone call with Siegel re extension | 0.1 | |
| 7/20/2021 | Draft reply brief | 5.2 | |
| 7/21/2021 | Draft reply brief | 6 | |
| 7/22/2021 | Draft reply brief | 4.6 | |
| 7/22/2021 | Conference call lawyers | 0.8 | |
| 7/23/2021 | Draft reply brief | 8.8 | |
| 7/24/2021 | Draft reply brief | 4.6 | |
| 7/25/2021 | Draft reply brief | 4.5 | |
| 7/26/2021 | . Draft reply brief | 9 | |
| 7/29/2021 | Draft summary of Caltrans settlement violations | 3.2 | |
| 7/30/2021 | Draft summary of Caltrans settlement violations | 3 | |
| 7/31/2021 | Prep for oral argument | 0.3 | |
| 8/1/2021 | Prep for oral argument | 6 | |
| 8/2/2021 | Draft email re strategy for hearing | 0.3 | |
| 8/2/2021 | Zoom re strategy for hearing | 0.4 | |
| 8/3/2021 | Prep for zoom with Caltrans | 0.4 | |
| 8/3/2021 | Zoom with Caltrans | 0.5 | |
| 8/3/2021 | Conference call lawyers | 0.3 | |
| 8/4/2021 | Conference call lawyers | 1.5 | |
| 8/5/2021 | Prep for hearing on prelim inj. | 3.7 | |
| 8/5/2021 | Waiting on call for hearing to begin | 1.8 | |
| 8/5/2021 | Hearing on prelim inj | 0.3 | |
| 8/5/2021 | Zoom with lawyers | 1.1 | |
| | **Hours on original complaint** | | **69.5** |
| | | | |
| 8/10/2021 | Phone Call with Lawyers | 0.9 | |
| 8/12/2021 | Outreach to clients at Seabreeze | 1.8 | |
| 8/13/2021 | Outreach at Ashby Shellmound to assess whose there | 0.9 | |
| 8/16/2021 | Zoom with lawyers | 0.4 | |
| 8/17/2021 | Finish drafting 1st Amended complaint | 0.8 | |
| 8/20/2021 | Zoom drafting 1st Amended complaint | 2.5 | |

1

EXHIBIT A

Hours of Osha Neumann

| Date | Description | Hours | Total |
|---|---|---|---|
| 8/24/2021 | Zoom with lawyers re TRO, response to Alex | 0.5 | |
| 8/24/2021 | Draft email to Alex | 0.3 | |
| 8/25/2021 | Prep for prelim injunction hearing | 3 | |
| 8/26/2021 | Zoom re hearing | 0.4 | |
| 8/26/2021 | Prep for hearing on prelim inj. | 2.8 | |
| 8/26/2021 | Hearing on prelim inj | 0.4 | |
| | **Hours on First Amended Complaint** | | **14.7** |
| | | | |
| 8/26/2021 | Conference call re hearing | 0.2 | |
| 8/27/2021 | Outreach to gather declarations | 3.8 | |
| 8/28/2021 | Outreach to gather declarations, draft decs | 5.1 | |
| 8/29/2021 | Draft decs, draft request for a TRO and prelim | 11.2 | |
| 8/30/2021 | Draft prelim, request for judicial notice, Edit complain | 4 | |
| 9/1/2021 | Prep resp to opp to prelim inj. 2 | 0.6 | |
| 9/1/2021 | Prep resp to opp to 2nd amend comp filing | 1.1 | |
| 9/2/2021 | Conf call with Ryu re settlement | 2 | |
| 9/2/2021 | Prep for hearing | 7.1 | |
| 9/3/2021 | Prep for hearing | 0.5 | |
| 9/3/2021 | Hearing on TRO | 1.9 | |
| 9/3/2021 | Conf call re hearing | 0.2 | |
| 9/3/2021 | Conf call with Ryu re settlement | 0.3 | |
| 9/3/2021 | Lawyer meeting to discuss next steps | 1 | |
| 9/4/2021 | Outreach to talk to plaintiffs re depos | 6 | |
| 9/5/2021 | Conf call lawyers re depos | 0.5 | |
| 9/5/2021 | Prep for depos and draft Settlement conf table | 1.3 | |
| 9/7/2021 | Phone with Pevsner re depos | 0.1 | |
| 9/7/2021 | Prep for PMK depo | 2.2 | |
| 9/8/2021 | Conf call re depos of plaintiffs and pleadings | 0.5 | |
| 9/8/2021 | Conf call re depos of plaintiffs and pleadings | 0.3 | |
| 9/8/2021 | Phone call with Heather | 0.2 | |
| 9/8/2021 | Phone call with Ian | 0.2 | |
| 9/8/2021 | Prep for PMK depo | 2.8 | |
| 9/9/2021 | Prep for PMK depo | 2.6 | |
| 9/9/2021 | PMQ depo | 2 | |
| 9/9/2021 | Conf. call lawyers | 0.3 | |
| 9/9/2021 | Review depo notices, draft email | 0.1 | |
| 9/10/2021 | Text, phone, email re plaintiffs' depos | 0.2 | |
| 9/10/2021 | Draft settlement conference statement | 3.1 | |
| 9/11/2021 | Draft settlement conference statement | 4.7 | |
| 9/11/2021 | Conference call lawyers | 0.5 | |
| 9/12/2021 | Draft settlement conference statement | 3.4 | |
| 9/12/2021 | Edit plaintiffs'' decs | 0.3 | |
| 9/13/2021 | Find prep plaintiffs for depos | 1.3 | |
| 9/13/2021 | Defend depos | 4.4 | |
| 9/13/2021 | Draft prelim inj. Request, Curiare dec,. Settl.state | 6.9 | |
| 9/14/2021 | Find prep plaintiffs for depos | 2.9 | |
| 9/15/2021 | Find prep plaintiffs for depos (unsuccessfully) | 3.1 | |

EXHIBIT A

## Hours of Osha Neumann

| Date | Description | Hours |
|---|---|---|
| 9/16/2021 | Find prep And debrief plaintiffs for depos | 2.2 |
| 9/16/2021 | Phone with Andrea re depos | 0.1 |
| 9/17/2021 | Prep for 9/23 hearings | 3.2 |
| 9/17/2021 | With Andrea look for plaintiffs for epos | 1.6 |
| 9/18/2021 | Prep for hearings | 2.9 |
| 9/20/2021 | Prep for hearings | 3.1 |
| 9/21/2021 | Zoom with lawyers re hearings | 1 |
| 9/21/2021 | text, phone, email re plaintiffs' depos | 6.7 |
| 9/22/2021 | Zoom with lawyers | 0.4 |
| 9/22/2021 | Prep for hearings | 4.1 |
| 9/23/2021 | Prep for hearings | 1.6 |
| 9/23/2021 | Settlement conference | 2.8 |
| 9/23/2021 | Prep for prelim injunction hearing | 1.1 |
| 9/23/2021 | Prelim inj hearing | 2.2 |
| 9/23/2021 | Review Carter writ decision | 0.5 |
| 9/23/2021 | Outreach to Plaintiffs to report decision | 0.8 |
| 9/28/2021 | Conference call re Shellmound posting | 0.2 |
| 9/28/2021 | Draft email me Shellmound posting | 0.3 |
| 9/29/2021 | Zoom w/ CT lawyers re posting at Shellmound | 0.3 |
| 10/1/2021 | Draft opposition to Motion to dismiss SAC | 3.4 |
| 10/2/2021 | Draft opposition to Motion to dismiss SAC | 4.1 |
| 10/3/2021 | Draft opposition to Motion to dismiss SAC | 2.5 |
| 10/4/2021 | Draft opposition to Motion to dismiss SAC | 4.7 |
| 10/11/2021 | Zoom w/ lawyers re motion to dismiss | 0.3 |
| 10/11/2021 | Research 11th Amend issue | 0.4 |
| 10/12/2021 | Draft opposition to Motion to dismiss SAC | 4.9 |
| 10/26/2021 | Review court order | 0.4 |
| 12/2/2021 | Outreach to plaintiffs | 2.4 |
| 12/13/2021 | Prep for Motion to dismiss hearing | 4.9 |
| 12/14/2021 | Prep for Motion to dismiss hearing | 1.1 |
| 12/14/2021 | Motion to dismiss hearing | 0.8 |
| 12/15/2021 | Draft preemption ands hardship sections | 6.3 |
| 12/16/2021 | Team call with DRA | 1.3 |
| 12/16/2021 | Review edit draft Section F and more | 5.8 |
| 12/17/2021 | Team call with DRA | 0.9 |
| 12/17/2021 | Edit statement of facts, review Chen order | 6.5 |
| 12/19/2021 | Review, edit latest draft | 7.6 |
| 12/20/2021 | Team call with DRA | 0.8 |
| 12/20/2021 | Review last drafts | 0.5 |
| 12/21/2021 | Team call with DRA | 1 |
| 12/21/2021 | Cite check and edit draft | 5.2 |
| 12/22/2021 | Webex with Caltrans | 0.5 |
| 12/22/2021 | Phone with ER and A. | 0.3 |
| 12/22/2021 | Cite check and edit draft | 7.4 |
| 12/23/2021 | Zoom with DRA | 1 |
| 12/26/2021 | Review edit brief | 0.3 |
| 1/3/2022 | Outreach for info for status report | 0.8 |

EXHIBIT A

## Hours of Osha Neumann

| Date | Description | Hours |
|---|---|---|
| 1/3/2022 | Draft template for Excel spreadsheet for status report | 0.3 |
| 1/3/2022 | Draft comments and phone calls 3 status report | 0.4 |
| 1/4/2022 | Edit draft status report | 0.9 |
| 1/4/2022 | Zoom re status report | 0.5 |
| 1/4/2022 | Phone call with ER re status report | 0.5 |
| 1/4/2022 | Draft paragraph for report | 0.1 |
| 1/4/2022 | Review edit report | 0.3 |
| 1/5/2022 | Zoom re WDWGB report and next steps | 1.1 |
| 1/5/2022 | Phone with Heather Freinkle to prep for status conf | 0.3 |
| 1/6/2022 | Meet with Pattie Wall to prep for status conf. | 0.4 |
| 1/9/2022 | Review Status conf statement | 0.7 |
| 1/10/2022 | Call with Ian re status conf. | 0.2 |
| 1/10/2022 | Zoom with attorneys and Ian re status conf | 0.3 |
| 1/10/2022 | Prep for status conference | 2.4 |
| 1/11/2022 | Prep for status conference | 2.2 |
| 1/11/2022 | Status conference | 1.1 |
| 1/11/2022 | Phone calls with Andrea, EmilyRose | 0.4 |
| 1/26/2022 | Zoom with lawyers and Ian | 0.6 |
| 2/11/2022 | Draft emails re-status conference upcoming | 0.3 |
| 2/16/2022 | Meet with DRA lawyers zoom | 0.7 |
| 2/16/2022 | Zoom meet attorneys | 0.4 |
| 2/21/2022 | Phone with Andrea re Status conference | 0.2 |
| 2/22/2022 | Phone with Jacqueline McCormick re plaintiffs | 0.2 |
| 2/22/2022 | Prep for status conference | 0.4 |
| 2/22/2022 | Status conference | 0.9 |
| 2/23/2022 | Phone with Mari Castaldi re case | 0.4 |
| 2/23/2022 | Draft case description email for Mari | 1.7 |
| 2/24/2022 | Draft outline of PI motion | 2.4 |
| 2/25/2022 | Draft outline of PI motion | 6.3 |
| 2/25/2022 | Draft email to Mari | 0.3 |
| 2/28/2022 | Zoom with DRA attorneys | 0.8 |
| 2/28/2022 | Draft new outline for PI motion | 1.6 |
| 3/1/2022 | Draft RJN | 0.8 |
| 3/2/2022 | Zoom with DRA | 0.8 |
| 3/2/2022 | Draft PI motion facts | 3.9 |
| 3/3/2022 | Zoom with DRA | 0.8 |
| 3/3/2022 | Draft PI motion | 6.7 |
| 3/4/2022 | Research and draft RJN | 2.5 |
| 3/4/2022 | Research RJN of websites | 0.6 |
| 3/7/2022 | Phone with Henson re PI filing | 0.5 |
| 3/7/2022 | Review PI filing | 0.5 |
| 3/8/2022 | Draft email re PI motion revision | 0.3 |
| 3/9/2022 | Zoom re Roles pleading errata | 0.2 |
| 3/14/2022 | Zoom re PI hearing | 0.8 |
| 3/15/2022 | Draft, file errata | 2.1 |
| 3/15/2022 | Draft status conference statement Template | 1.5 |
| 3/15/2022 | Draft email to DRA | 0.2 |

4

EXHIBIT A

Hours of Osha Neumann

| Date | Description | Hours | Total |
|---|---|---|---|
| 3/16/2022 | Prep for hearing, review pleadings | 2.9 | |
| 3/16/2022 | Zoom with DRA | 0.4 | |
| 3/16/2022 | Draft Reply | 7.1 | |
| 3/17/2022 | Draft reply, consult with AH and ER | 6.9 | |
| 3/18/2022 | Draft Reply | 7.2 | |
| 3/19/2022 | Zoom with AH and ER re hearing | 1 | |
| 3/20/2022 | Prep for hearing | 4.2 | |
| 3/21/2022 | Prep for hearing | 7.3 | |
| 3/22/2022 | Prep for hearing | 7.8 | |
| 3/22/2022 | Zoom with Sean re hearing | 0.3 | |
| 3/23/2022 | Prep for hearing | 2.5 | |
| 3/23/2022 | Hearing on motion for PI | 3 | |
| 3/23/2022 | Debrief meet with DRA | 0.4 | |
| 3/23/2022 | Post hearing meet AH and BN | 0.3 | |
| 4/28/2022 | Research vacatur, attorneys fees | 0.9 | |
| 4/29/2022 | Draft email re next steps | 0.4 | |
| 5/2/2022 | Research declaratory relief | 0.7 | |
| 5/2/2022 | Zoom re next steps court | 0.8 | |
| 5/2/2022 | Zoom With DRA re appeal and dec relief | 1.4 | |
| 5/9/2022 | Zoom with DRA re appeal next steps | 0.9 | |
| 5/16/2022 | Zoom with DRA re next steps | 1.2 | |
| 5/23/2022 | Zoom with DRA re opposing costs | 0.3 | |
| 5/23/2022 | Draft notes re plaintiffs'' decs for opposition | 0.8 | |
| 5/24/2022 | Draft Ian dec re WDWG cost opposition | 1.4 | |
| 11/8/2022 | Prep for zooms re CMC | 0.6 | |
| 11/8/2022 | Zoom with us re zoom with Alex | 0.4 | |
| 11/8/2022 | Zoom with Alex re CMC | 0.5 | |
| 1/9/2023 | Zoom with EmRo re CMC and hours | 0.2 | |
| 1/12/2023 | Compiling hours | 0.4 | |
| 1/14/2023 | Compiling hours | 1.2 | |
| 2/1/2023 | Phone with EmRo re fee motion | 0.3 | |
| 2/1/2023 | Draft email to Andrea, Brigitte re hours | 0.1 | |
| 2/6/2023 | Research attorneys' fees | 1 | |
| 2/7/2023 | Research attorneys' fees | 0.8 | |
| 2/12/2023 | Research attorneys' fees, draft memo | 3.4 | |
| 2/13/2023 | Draft memo on fees | 5.6 | |
| 2/28/2023 | Email re meeting, revise memo | 0.4 | |
| 3/1/2023 | Research fee, draft new memo re fees | 2.2 | |
| 3/1/2023 | Teams video with DRA | 0.5 | |
| 3/3/2023 | Draft my dec for fee motion | 0.8 | |
| 3/5/2023 | Draft my dec for fee motion | 3.1 | |
| 3/6/2023 | Draft my dec for fee motion | 3.7 | |
| 3/6/2023 | Phone with EmRo re fee motion | 0.1 | |
| 3/9/2023 | Research, draft emails to counsel re fee motion | 1.2 | |
| 3/15/2022 | Phone with EmRo re fee motion | 0.1 | |
| 3/15/2022 | Compile hours, text Andrea, revise dec | 2.7 | |
| | **Hours on Second Amended Complaint** | | **342.2** |

EXHIBIT A

Hours of Osha Neumann

| | | | |
|---|---|---|---|
| | **APPEAL HOURS** | | |
| 12/2/2021 | Draft facts section | 2.9 | |
| 12/3/2021 | Draft facts section | 4.8 | |
| 12/4/2021 | Draft facts section | 4.6 | |
| 12/5/2021 | Draft facts section | 7.4 | |
| 12/6/2021 | Zoom with DRA attorneys | 0.7 | |
| 12/7/2021 | Edit facts | 2.3 | |
| 12/8/2021 | Draft revised facts | 3.3 | |
| 12/9/2021 | Draft balance of hardships section, prep for 12-14 hea | 6 | |
| 12/10/2021 | Review, edit preemption section | 0.8 | |
| 12/10/2021 | Prep for Motion to dismiss hearing | 1 | |
| 12/10/2021 | Draft balance of hardships section | 1.4 | |
| 12/11/2021 | Draft Balance of hardships section | 2.8 | |
| 12/11/2021 | Edit preemption section | 2.7 | |
| 12/12/2021 | Edit preemption section | 4.8 | |
| 12/12/2021 | Phone call with Henson redraft of her section | 0.3 | |
| 12/13/2021 | Zoom with DRA attorneys | 0.4 | |
| 3/23/2022 | Research mootness | 0.6 | |
| 4/7/2022 | Draft issue re Appeal argument | 0.2 | |
| 4/7/2022 | Zoom with DRA attorneys re appeal | 0.8 | |
| 4/10/2022 | Draft response for oral argument | 0.3 | |
| 4/12/2022 | Review record to moot EmRo | 2.3 | |
| 4/12/2022 | Moot zoom with DRA | 1.3 | |
| 4/15/2022 | Appeal hearing | 1 | |
| 1/8/1900 | Moot zoom with DRA | 1.7 | |
| 4/14/2022 | Review record to moot EmRo | 0.6 | |
| 4/14/2022 | Moot zoom with DRA | 2 | |
| 4/15/2022 | Appeal hearing | 1 | |
| 4/15/2022 | Debrief hearing | 1 | |
| 4/27/2022 | Read appeal opinion | 0.3 | |
| 4/27/2022 | Zoom with attorneys to discuss response | 0.2 | |
| | **Hours on Appeal** | | 59.5 |
| | | | |
| | | | |
| | | | 485.9 |