DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698
Email: danmsiegel@gmail.com;
emilyrose@siegelyee.com

BRIGITTE NICOLETTI, SBN 336719
EAST BAY COMMUNITY LAW CENTER
1950 University Avenue, Suite 200
Berkeley, CA 94704
Telephone: (510) 977-2511
Email: bnicoletti@ebclc.org

ANDREA M. HENSON, SBN 331898
MOUZIS CRIMINAL DEFENSE
1819 K Street, Suite 200
Sacramento, CA 95811
Telephone: (916) 822-8702
Facsimile: (916) 822-8712
Email: hensona@jennifermouzislaw.com

OSHA NEUMANN SBN 127215
LAW OFFICES OF OSHA NEUMANN
1840 Woolsey St.
Berkeley, CA 94703
Telephone: (510) 717-8604
Email: oshaneumann@gmail.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHERE DO WE GO BERKELEY, on behalf of itself and those it represents; RONNIE BROOKS; JASON MILLER; KINNDRA MARTIN; KEVIN CODDINGTON; JONATHAN JAMES; MARIAH JACKSON; SARAH TEAGUE; TERRY LEE WALKER; JOSE MORFIN; ALEJANDRO MEYERS; and SHAWNA GARCIA,<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARMENT OF TRANSPORATION (Caltrans), et. al<br><br>Defendants. | Case No.: 21-CV-04435-EMC<br><br>**DECLARATION OF BRIGITTE NICOLETTI IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date: May 25, 2023<br>Time: 1:30 p.m.<br>Ctrm: 5 – 17th Floor<br>      450 Golden Gate Avenue,<br>      San Francisco, CA 94102 |

I, Brigitte Nicoletti, declare as follows:

1. I am an attorney licensed to practice in the State of California. I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.

**Summary of Experience**

2. I graduated from University of California, Berkeley School of Law, in May 2020. I took the bar in October 2020, and began work at my first job in October 2020. I was admitted to the bar in January 2021.

3. Since receiving my law degree and passing the bar, I have devoted my legal career to the defense of the human and civil rights of people impacted by the criminal legal system and those experiencing homelessness.

4. Upon graduating from law school, I began work as a post-bar fellow in the Juvenile Defender Unit of the Contra Costa County Public Defender's Office. In this position, I supported the public defenders in all aspects of their cases. I drafted pre-trial motions and assisted with two juvenile transfer hearings. I also drafted an appellate brief for the case, J.J. v. Superior Court of Contra Costa County (2021), in which we successfully advocated for the rights of a wrongfully incarcerated 17 year old boy who had been found mentally incompetent to stand trial. I also assisted with a brief advocating for the resentencing of a man who had been wrongfully sentenced to 91 years in prison for offenses he committed as a juvenile, as directed by the appellate court in In re Bolton (2019) 40 Cal.App.5th 611.

5. When my fellowship ended in November 2021, I accepted a job as a Staff Attorney and Clinical Supervisor in the Homelessness Practice at East Bay Community Law Center, a clinical program of Berkeley Law, which provides training and experience to law students in serving populations that have been disadvantaged. The Homelessness practice represents individual clients who have received infraction and misdemeanor citations for "quality-of-life offenses;" litigates in state and federal court to defend the Fourth, 14th, and Eighth Amendments rights of people experiencing homelessness; and advocates for policies that recognize their Constitutional and human rights.

*Where Do We Go Berkeley v. Caltrans*, No. 21-CV-04435-EMC
Declaration of Brigitte Nicoletti ISO Motion for Attorneys' Fees and Costs - 2

6. Throughout my time at EBCLC, I have assisted numerous individuals with disputes with housing navigators and services providers. I have helped them prepare government tort claims and small claims court cases.

7. I have appeared in state superior court to advocate for individuals who were living on an abandoned lot that was sold to a new owner who then sought to unlawfully evict them. This case was dismissed.

8. I have also worked on federal cases at both the district and appellate level, and appeared in hearings at the district court level.

9. I was co-counsel on *Reed v. City of Emeryville* 568 F.Supp.3d 1029 (2021), a suit challenging the City's eviction of severely disabled people experiencing homelessness from an encampment where they had been living, without providing them a viable accessible alternative. The suit was settled for a monetary award to plaintiffs.

10. I assisted the pro se plaintiffs in *Blain et al v. Caltrans et al* 3:22-cv-0418 (2022) with their case challenging the eviction of the largest homeless encampment in the Bay Area, Wood Street, with only several days' notice. I helped them organize and draft their complaint, request for a TRO, and supporting declarations. I then made a special appearance in federal court to assist them with technical and limited legal questions as they argued for the need for a restraining order to prevent their eviction. Judge William Orrick granted a restraining order and ordered the parties to engage in mediation. I assisted the plaintiffs with the mediation process, though it was ultimately unsuccessful. When the court lifted the TRO, I continued to support the plaintiffs by making several more special appearances and by observing and documenting the eviction.

11. I am currently co-counsel in the case *Janosko et al v. City of Oakland* 3:23-cv-00035 (2023), advocating for the remaining Wood Street residents, now subject to an eviction notice from the City of Oakland. We won an initial restraining order preventing Oakland from carrying out the eviction without adequate shelter during unprecedented rain storms. This case is ongoing.

**Work on *Where Do We Go Berkeley v. Caltrans***

12. I began working on this case on my first day at EBCLC, November 24, 2021. I made my formal appearance in this case on February 11, 2022.

13. I participated in numerous aspects of the litigation. I completed legal research and writing, drafted pleadings, helped co-counsel, witnesses, and plaintiffs prepare for hearings, and performed outreach to plaintiffs.

14. Litigation involving people experiencing homelessness involves difficulties that are generally not encountered when representing clients who are housed. People who are housed tend to lead lives with some level of stability; they generally can be reached by phone or email, and it is generally possible to set up appointments with them to meet in lawyers offices. In contrast, people experiencing homelessness have no fixed address. Very often they do not have phones that function or access to the Internet. They have no place to keep files of important papers. They often cannot leave their tent or hovel to meet in lawyers' offices, because they don't have the means of transportation, or anyway to protect their possessions should they leave them unattended. Their lives tend to be in a constant state of emergency.

**Reasonable Fees and Costs**

15. Attached hereto as Exhibit A is a true and accurate record of my hours devoted to this litigation. I compiled Exhibit A by (1) reviewing my daily time records and taking from those records the time devoted to this litigation; and (2) entering my time directly on Exhibit A. I personally checked to ensure that Exhibit A is accurate.

16.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. This declaration was executed on the 6th day of March 6, 2022, at Oakland, California.

*/s/ Brigitte Nicoletti*
Brigitte Nicoletti

# Exhibit A

| Date | Activity | Hours |
|---|---|---|
| 11/24/2021 | Meet with Andrea and Brigitte re WDWGB appeal | 1.3 |
| 11/24/2021 | Zoom meet with DRA lawyers and Tristia | 0.6 |
| 11/28/2021 | Edit Facts section | 4.1 |
| 11/28/2021 | Draft preemption section | 3.1 |
| 12/1/2021 | Edit facts and intro | 4.3 |
| 12/1/2021 | Zoom with lawyers | 0.5 |
| 12/2/2021 | Outreach to plaintiffs | 2.4 |
| 12/5/2021 | Edit facts section | 1 |
| 12/6/2021 | Zoom with DRA attorneys | 0.7 |
| 12/7/2021 | Edit facts | 2.3 |
| 12/10/2021 | Review, edit preemption section | 0.8 |
| 12/10/2021 | Prep for Motion to dismiss hearing | 1 |
| 12/10/2021 | Draft balance of hardships section | 1.4 |
| 12/11/2021 | Draft Balance of hardships section | 2.8 |
| 12/11/2021 | Edit preemption section | 1.5 |
| 12/12/2021 | Edit preemption section | 1 |
| 12/13/2021 | Zoom with DRA attorneys | 0.4 |
| 12/13/2021 | Prep for Motion to dismiss hearing | 3 |
| 12/14/2021 | Prep for Motion to dismiss hearing | 0.8 |
| 12/14/2021 | Motion to dismiss hearing | 0.8 |
| 12/15/2021 | Draft preemption ands hardship sections | 6.3 |
| 12/16/2021 | Team call with DRA | 1.3 |
| 12/17/2021 | Team call with DRA | 0.9 |
| 12/19/2021 | Review, edit latest draft | 4 |
| 12/20/2021 | Team call with DRA | 0.8 |
| 12/20/2021 | Review last drafts | 0.5 |
| 12/21/2021 | Team call with DRA | 1 |
| 12/21/2021 | Cite check and edit draft | 2 |
| 12/22/2021 | Webex with Caltrans | 0.5 |
| 12/22/2021 | Cite check and edit draft | 7.4 |
| 12/23/2021 | Zoom with DRA | 1 |
| 12/26/2021 | Review edit brief | 0.3 |
| 1/4/2022 | Zoom re status report | 0.5 |
| 1/10/2022 | Zoom with attorneys and Ian re status conf | 0.3 |
| 1/11/2022 | Status conference | 1.1 |
| 1/26/2022 | Zoom with lawyers and Ian | 0.6 |
| 2/16/2022 | Meet with DRA lawyers zoom | 0.7 |
| 2/16/2022 | Zoom meet attorneys | 0.4 |
| 2/24/2022 | Review outline of PI motion | 1 |
| 3/2/2022 | Zoom with DRA | 0.8 |
| 3/2/2022 | Edit PI motion facts | 3.9 |
| 3/3/2022 | Zoom with DRA | 0.8 |
| 3/7/2022 | Review PI filing | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 3/9/2022 | Zoom re Roles pleading errata | 0.2 |
| 3/14/2022 | Zoom re PI hearing | 0.8 |
| 3/16/2022 | Prep for hearing, review pleadings | 2.9 |
| 3/16/2022 | Zoom with DRA | 0.4 |
| 3/22/2022 | Prep for hearing | 2 |
| 3/22/2022 | Zoom with Sean re hearing | 0.3 |
| 3/23/2022 | Prep for hearing | 2.5 |
| 3/23/2022 | Hearing on motion for PI | 3 |
| 3/23/2022 | Debrief meet with DRA | 0.4 |
| 3/23/2022 | Post hearing meet AH and BN | 0.3 |
| 4/7/2022 | Zoom with DRA attorneys re appeal | 0.8 |
| 4/12/2022 | Review record to moot EmRo | 1 |
| 4/12/2022 | Moot zoom with DRA | 1.3 |
| 4/13/2022 | Moot zoom with DRA | 1.7 |
| 4/14/2022 | Review record to moot EmRo | 0.6 |
| 4/14/2022 | Moot zoom with DRA | 2 |
| 4/27/2022 | Read appeal opinion | 0.3 |
| 4/27/2022 | Zoom with attorneys to discuss response | 0.2 |
| 11/8/2022 | Prep for zooms re CMC | 0.6 |
| 11/8/2022 | Zoom with us re zoom with Alex | 0.4 |
| 11/8/2022 | Zoom with Alex re CMC | 0.5 |
| 3/14/2023 | Compiling hours | 0.8 |
| | Total | 94.3 |