| | |
|---|---|
| DAN SIEGEL, SBN 56400 | ANDREA M. HENSON, SBN 331898 |
| EMILYROSE JOHNS, SBN 294319 | MOUZIS CRIMINAL DEFENSE |
| SIEGEL, YEE, BRUNNER & MEHTA | 1819 K Street, Suite 200 |
| 475 14th Street, Suite 500 | Sacramento, CA 95811 |
| Oakland, California 94612 | Telephone: (916) 822-8702 |
| Telephone: (510) 839-1200 | Facsimile: (916) 822-8712 |
| Facsimile: (510) 444-6698 | Email: hensona@jennifermouzislaw.com |
| Email: danmsiegel@gmail.com; | |
| emilyrose@siegelyee.com | OSHA NEUMANN SBN 127215 |
| | LAW OFFICES OF OSHA NEUMANN |
| BRIGITTE NICOLETTI, SBN 336719 | 1840 Woolsey St. |
| EAST BAY COMMUNITY LAW CENTER | Berkeley, CA 94703 |
| 1950 University Avenue, Suite 200 | Telephone: (510) 717-8604 |
| Berkeley, CA 94704 | Email: oshaneumann@gmail.com |
| Telephone: (510) 977-2511 | |
| Email: bnicoletti@ebclc.org | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHERE DO WE GO BERKELEY, on behalf of itself and those it represents; RONNIE BROOKS; JASON MILLER; KINNDRA MARTIN; KEVIN CODDINGTON; JONATHAN JAMES; MARIAH JACKSON; SARAH TEAGUE; TERRY LEE WALKER; JOSE MORFIN; ALEJANDRO MEYERS; and SHAWNA GARCIA,<br><br>    Plaintiffs,<br><br>vs.<br><br>CALIFORNIA DEPARMENT OF TRANSPORATION (Caltrans), et. al<br><br>    Defendants. | Case No.: 21-CV-04435-EMC<br><br>**[PROPOSED] ORDER GRANTING PLAINIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

---

*Where Do We Go Berkeley v. Caltrans*, No. 21-CV-04435-EMC
[Proposed] Order Granting Plaintiffs' Motion for Attorneys' Fees and Costs

# [PROPOSED] ORDER

Plaintiffs Where Do We Go Berkeley, Ronnie Brooks, Jason Miller, Kinndra Martin, Kevin Coddington, Jonathan James, Mariah Jackson, Sarah Teague, Terry Lee Walker, Jose Morfin, Alejandro Meyers, and Shawna Garcia prevailed in this action by securing two preliminary injunction orders from this Court, materially altering the relationship of the parties and granting plaintiffs substantial relief. In their motion for attorneys' fees and costs pursuant to 42 U.S.C. § 12205, plaintiffs sought the reasonable amount of $609,945.35 in fees and $5,800.77 in costs. Their hourly rate, comparable with the prevailing market rates, and use of billing discretion to reduce their overall fees request, demonstrate prudence and aid this Court in its finding that plaintiffs' requested lodestar is reasonable.

This Court finds that plaintiffs are the prevailing party and awards them $609,945.35 in fees and $5,800.77 in costs.

IT IS SO ORDERED.

Dated: May ___, 2023

Hon. Edward M. Chen
United Stated District Judge